IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No.

JOHN DOE,

    Plaintiff,

v.

UNIVERSITY OF COLORADO BOULDER,
THE BOARD OF REGENTS OF THE
UNIVERSITY OF COLORADO,
CHRISTINA GONZALES,
individually and as agent for University of Colorado
Boulder, ALEXANDRA TRACY-RAMIREZ,
individually and as agent for University of Colorado
Boulder, and JESSICA DOTY, individually and as agent
for University of Colorado Boulder.

    Defendants.

_____

## COMPLAINT COVER SHEET (RESTRICTED)
_____

    Plaintiff John Doe, ("Plaintiff") by his attorneys, Nesenoff & Miltenberg, LLP and Michael Mirabella P.C, will be seeking a Level 1 restriction of his Complaint. Upon acceptance of this filing with the Court, Plaintiff will file his Motion to Restrict Access in accordance with D.C. Colo. L. Civ. R 7.2 and related restricted "John Doe" Complaint.

    Dated this 13th day of July, 2016.

Respectfully submitted,

*/s/ Michael J. Mirabella*
*[ e-filing – July 13, 2016]*

Michael J. Mirabella, Esq.
Michael Mirabella, P.C.
450 E. 17th Ave., Suite 400
Denver, CO  80203
720-931-2094 (ph)
303-592-4385
mmirabella@mbellalaw.com

-and-

*/s/ Andrew T. Miltenberg*
*[ e-filing – July 13, 2016]*

Andrew T. Miltenberg, Esq.
Tara J. Davis, Esq.
363 7th Avenue, Fifth Floor
New York, NY  10001
212-736-4500
amiltenberg@nmllplaw.com
tdavis@nmllplaw.com

*Counsel for Plaintiff*