**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   16-CV-01789-WJM-KLM

JOHN DOE,

     Plaintiff,

v.

PHILIP DISTEFANO, in his official capacity as
Chancellor of the University of Colorado,
Boulder,

     Defendant.

---

**STIPULATED MOTION FOR PROTECTIVE ORDER**

---

The Parties submit the following Motion for Protective Order:

1.    Fed. R. Civ. P. 26(c) provides that the Court may enter a Protective Order upon a showing by the parties of good cause to protect the discovery and dissemination of confidential information or information which will improperly annoy, embarrass, or oppress any party, witness, or person providing discovery in this case.

2.    The parties anticipate that during discovery they will be exchanging documents that are confidential and implicate common law and statutory privacy interest involving personnel, medical, business, financial or proprietary information of the parties.  As such, good cause exists for the entry of a protective order to protect the parties from the disclosure of information, which will improperly annoy, embarrass, or oppress any party, witness, or person providing discovery in this case.

WHEREFORE, the Parties respectfully request this Court to enter the proposed

Protective Order submitted herewith.

**DATED:** July 26, 2018.

Respectfully submitted,

| | |
|---|---|
| *s/ Michael Mirabella*<br>Michael Mirabella<br>Michael Mirabella, P.C.<br>450 East 17th Avenue , Suite 400<br>Denver, CO 80203<br>mmirabella@mbellalaw.com<br>*Attorney for Plaintiff*<br><br>*s/ Andrew T. Miltenberg*<br>Andrew T. Miltenberg, Esq.<br>Tara J. Davis, Esq.<br>Nesenoff & Miltenberg LLP<br>363 7th Avenue, Fifth Floor<br>New York, NY 10001<br>amiltenberg@nmllplaw.com<br>tdavis@nmllplaw.com<br>*Attorneys for Plaintiff* | *s/ David P. Temple*<br>David Temple<br>Erica Weston<br>Office of University Counsel<br>1800 Grant Street, Suite 700<br>Denver, CO 80203<br>Tel: 303-860-5691<br>Fax: 303-860-5650<br>David.Temple@cu.edu<br>Erica.Weston@cu.edu<br>*Attorneys for Defendant*<br>*Philip DiStefano* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2018, I electronically filed the foregoing **Stipulated Motion for Protective Order** with the Court's electronic filing system (CM/ECF) which will automatically cause notification to be sent to all of the above counsel of record.

/s/ *Kait Searcy*
Kait Searcy, Paralegal