IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-CV-01789- WJM-KLM

JOHN DOE,

    Plaintiff,

v.

PHILIP DISTEFANO, as agent for University
of Colorado, Boulder,

    Defendant.

---

## <u>OPPOSED</u> MOTION TO CONTINUE TRIAL DATE

Plaintiff John Doe, ("Plaintiff") by his attorneys, Nesenoff & Miltenberg, LLP and Michael Mirabella P.C., hereby hereby moves the Court for an Order continuing the Trial Date of November 12, 2019, set by the court without being cleared with counsels' calendars (**Doc. 170**). As grounds therefore, Plaintiff states:

In accordance with D.C.Colo.LCivR 7.1(a)(c), counsel for Plaintiff contacted counsel for Defendants regarding the relief requested herein, and Defendants' counsel opposes the relief requested on the grounds that the current trial conflicts may become moot based on changes to the status of the conflicting trials or this case.

As required by D.C.Colo.LCivR .1(c), counsel for Plaintiff hereby certifies that a copy of this motion is being served on his client, John Doe. As further required by D.C.Colo.LCivR .1(b), counsel states that there have been no prior continuances of this trial requested or granted.

1.     Nesenoff and Miltenberg, LLP, the firm representing Plaintiff, has two trial counsel

available to try this case, Andrew Miltenberg and Stuart Bernstein, both based in New York City. In addition, counsel will be assisted by local counsel Michael Mirabella.

2. On March 17, 2019, the Court, without consulting counsel regarding their preexisting trial schedule, set this matter for a four day trial to the court commencing on November 12, 2019, at 8:30 am [**Doc. 170**]. Since that time, counsel have agreed that 3 days is probably sufficient to try this case, however, Plaintiff's counsel has significant scheduling conflicts.

3. Undersigned counsel have several previously scheduled trials, in Federal Court, both immediately before and immediately after the date which the court has set for trial in this matter. These include:

- September 16, 2019, 10 day jury trial in the Federal Court for the Southern District of Iowa, *Doe v. Grinnell College* 4:17-cv-79.
- October 15, 2019, 7 day jury trial in the Federal Court for the Northern District of Ohio, *Doe v. Case Western* 1:17-cv-414.
- November 18, 2019, 7 day jury trial, District of Colorado, *Doe v. University of Denver,* 1:17 cv-1962 (Local Counsel Michael Mirabella will also be participating in this trial).
- In addition, on December 16, 2019, local counsel Michael Mirabella is scheduled for a 7 day jury trial in a Medical Malpractice/Wrongful Death case in the District Court for Jefferson County, Colorado, *Villapando v. Wheatley*, 2018CV031762.
- On information and belief, Defendant's counsel, David Temple also has a significant trial in mid-December 2019, however the details of that trial are not known.

4. Undersigned counsel is aware of this court's Practice Standard II.D.3 which states:

> Due to the extraordinary disruption to the Court's calendar caused by the rescheduling of trials, motions for continuance of a trial date (jury or bench) are heavily discouraged and will rarely be granted. Such motions will be denied absent a showing of substantial good cause arising out of truly compelling circumstances. For purposes of this Practice Standard, "substantial good cause" does not include previously scheduled trial settings unless that trial is before a judicial officer of this Court.

5. Undersigned counsel also submits the following review of the factors in *United States*

*v West*, 828 F.2d 1468 (10th Cir. 1987). The factors in *West* are: 1) diligence of counsel, 2) usefulness of the continuance, 3) inconvenience to parties or the jury, 4) need and prejudice. *Id*, at 1469-1470.

6. The court in *West* stated that the most important factor in the analysis is the requesting party's need and prejudice. *Id* at 1470. In this case, the need and prejudice is palpable. Undersigned counsel is indispensable to preparation and presentation of the Plaintiff's case. While it is certainly possible that counsel can prepare and present 3 days of trial presentation in the limited time between September 16 and November 27, it is not advisable to so and meet the high standards of professional conduct required in Federal Court. In particular, presenting this trial while also preparing for a Jury Trial before Judge Brimmer, to be presented the following week is chronologically impossible, and would require an untenable decision by counsel to give less than full attention to one or both matters.

7. Undersigned counsel has been diligent in seeking this continuance as there was no earlier opportunity to set forth the scheduling difficulties the current trial date present. After the Final Pretrial Order was accepted and entered by, Magistrate Judge Crews [**Doc 167**] Judge Crews simply stated that Judge Martinez would issue an order setting the trial. There was no consultation by Judge Martinez' staff to clear the trial dates with counsel.

8. The requested continuance will be useful as the full attention of undersigned counsel will facilitate the efficient and orderly presentation of Plaintiff's case.

9. No jury has been or will be impaneled in this matter, therefore the requested continuance will not result in inconvenience to the jury. Defense counsel has stated he will object to the motion on the grounds that the current case conflicts may resolve making this motion moot. In the event defense Counsel's optimism is misplaced, all parties and the court will be faced with

an unnecessary last minute motion which will be far more inconvenient than resetting this matter now.

WHEREFORE, Plaintiff respectfully requests that the current trial date be continued to a date which has been cleared with the calendars of counsel for both parties.

Dated this 29th day of March, 2019.

**Michael Mirabella P.C.**

*s/Michael M. Mirabella*
*[e-filing – March 29, 2019]*

_____

Michael J. Mirabella, Esq.
Campbell, Killin, Brittan & Ray, LLC
270 St. Paul St., Suite 300
Denver, CO 80206
303-394-7209
mmirabella@ckbrlaw.com

-and-

**NESENOFF & MILTENBERG, LLP**

*/s/ Andrew T. Miltenberg*
*[ e-filing – March 29, 2019]*

Andrew T. Miltenberg, Esq.
Stuart Bernstein, Esq.
Nesenoff & Miltenberg LLP
363 7th Avenue, Fifth Floor
New York, NY  10001
212-736-4500
amiltenberg@nmllplaw.com
tbernstein@nmllplaw.com

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

  I hereby certify that on March 29, 2019, I electronically filed the foregoing pleading with the Court's electronic filing system (CM/ECF) which will automatically cause notification to be sent to the following counsel of record:

David P. Temple
Office of University Counsel
1800 Grant Street, Suite 700
Denver, CO  80203
*Attorney for University of Colorado Boulder and*
*The Board of Regents of the University of Colorado*

                /Michael J Mirabella