**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-CV-01789-WJM-SKC

JOHN DOE,

    Plaintiff,

v.

PHILIP DISTEFANO, in his official capacity as
Chancellor of the University of Colorado, Boulder.

    Defendant.

**MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF JOHN DOE**

Pursuant to D.C.COLO.LAtty R 5(b) of the Local Rules of the United States District Court for the District of Colorado, undersigned counsel for Plaintiff John Doe hereby requests that the Court and opposing counsel allow for her withdrawal as one of Plaintiff's counsel of record. In support for this action undersigned counsel states as follows:

1. Undersigned counsel has not contacted counsel for Defendants regarding the relief requested herein, as the withdrawal of counsel would have no effect on Defendants in this matter.

2. Philip A. Byler, Esq., of Nesenoff & Miltenberg LLP will remain counsel of record for Plaintiff in all respects.

3. Philip A. Byler, Esq., of Nesenoff & Miltenberg LLP will continue to comply with all Court Orders and time limitations established by applicable statutes and rules.

2

WHEREFORE, undersigned counsel respectfully requests the Court grant this Motion to Withdraw Pursuant to D.C.Colo.LAttyR 5, and permit Patricia A. Mellen, Esq. to withdraw as counsel for Plaintiff.

DATED at Denver, Colorado, this 20th day of June, 2019.

*/s/ Patricia A. Mellen*
*[e-filing – June 20, 2019]*

Patricia A. Mellen, Esq.
Pat Mellen Law LLC.
1888 N. Sherman Street, Suite 200
Denver, CO  80203
720-593-3593
pat@patmellenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2019, the foregoing was filed using the Court's CM/ECF filing system, and electronically served the foregoing upon the parties via their counsel as follows:

**David Temple**
Senior Associate University Counsel
University of Colorado
Office of University Counsel – Litigation
1800 Grant Street, Suite 700
Denver, CO 80203
david.temple@cu.edu
*Attorney for Defendant*

**Donald A. Kaade**
University of Colorado-Denver
Office of University Counsel
1800 Grant Street
Suite 700
Denver, CO 80203
303-860-5713
Fax: 303-860-5650
Email: donald.kaade@cu.edu
*ATTORNEY TO BE NOTICED*

**Erica M. Weston**
University of Colorado-Denver
Office of University Counsel
1800 Grant Street
Suite 700
Denver, CO 80203
303-860-5691
Fax: 303-860-5650
Email: erica.weston@cu.edu
*ATTORNEY TO BE NOTICED*

                                                       */s/ Patricia A. Mellen*
                                                       Patricia A. Mellen, Esq.