**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-CV-01789-WJM-SKC

JOHN DOE,

    Plaintiff,

v.

PHILIP DISTEFANO, in his official capacity as
Chancellor of the University of Colorado,
Boulder,

    Defendant.

---

## STIPULATED MOTION TO DISMISS WITH PREJUDICE

---

    Plaintiff and Defendant ("Parties") submit the following Stipulated Motion to Dismiss with Prejudice.

    The Parties have resolved and settled all issues between them and as a part of their agreement stipulate that this lawsuit, including all claims, be dismissed with prejudice.

Each party is to bear its own fees, costs and expenses.

    WHEREFORE, the Parties respectfully request that this action and all claims here in be dismissed with prejudice.

    Respectfully submitted this 16th day of July, 2019.

Attorney for Defendant:

s/ David P. Temple
David P. Temple
Senior Associate University Counsel
University of Colorado
Office of University Counsel
1800 Grant Street, Suite 700
Denver, CO 80203
David.Temple@cu.edu

Attorney for Plaintiff:

s/ Philip Byler
Philip Byler
Nesenoff & Miltenberg LLP
363 7th Avenue, Fifth Floor
New York, NY 10001
pbyler@nmllplaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2019, I electronically filed the foregoing with the Court's electronic filing system (CM/ECF) which will automatically cause notification to be sent to the following counsel of record:

Philip Byler
Andrew T. Miltenberg
Tara J. Davis
Nesenoff & Miltenberg LLP
363 7th Avenue, Fifth Floor
New York, NY 10001
pbyler@nmllplaw.com
amiltenberg@nmllplaw.com
tdavis@nmllplaw.com
*Attorneys for Plaintiff*

Patrick Tooley
John A. Hutchings
Dill Dill Carr Stonbraker & Hutchings, PC
455 Sherman Street, Suite 300
Denver, CO 80203
pdtooley@dillanddill.com
jhutchings@dillanddill.com
*Attorneys for Plaintiff*

*s/ Linda Ruth Carter*
Linda Ruth Carter, Paralegal